No. 542, Misc. FARNSWORTH v. MARYLAND. Supreme Bench of Baltimore City, Maryland. Certiorari denied.

No. 546, Misc. TURNER v. MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 547, Misc. HAWLEY v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 549, Misc. SHAFFER v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 550, Misc. HAUGHEY v. SMYTH, SUPERINTENDENT. Supreme Court of Appeals of Virginia. *William Alfred Hall, Jr.* for petitioner.

No. 551, Misc. FARRELL v. LANAGAN, WARDEN. C. C. A. 1st. Certiorari denied. *Alfred A. Albert* for petitioner.

No. 553, Misc. HALL v. UNITED STATES. United States Court of Appeals for the District of Columbia. Certiorari denied. *Henry Lincoln Johnson, Jr.* for petitioner.

No. 554, Misc. GRAY v. UNITED STATES. United States Court of Appeals for the District of Columbia. Certiorari denied for the reason that application therefor was not made within the time provided by law. Rule 37 (b) (2) of the Rules of Criminal Procedure. *James T. Wright* and *Wesley S. Williams* for petitioner.